OSBORN LAW P.C.

Daniel A. Osborn, Esq. dosborn@osbornlawpc.com
Lindsay M. Trust, Esq. ltrust@osbornlawpc.com

July 13, 2026

The Plaintiff's request at Dkt. No. 8 is **GRANTED**. The amended briefing schedule set forth below is **ADOPTED**.

The Clerk of Court is respectfully directed to close Dkt. No. 8.

SO ORDERED. July 14, 2026.

SARAH L. CAVE
United States Magistrate Judge

**VIA ECF**

Honorable Sarah L. Cave
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Mazza v. Commissioner of Social Security*
Civil Action No. 1:26-cv-03209-SLC

Dear Judge Cave,

We write on behalf of plaintiff, Lee Anthony Mazza, and with the consent of the defendant, to request a 90-day extension of time to file plaintiff's motion for judgment on the pleadings, which is currently due on July 22, 2026, per the Court's Standing Scheduling Order. This is the parties' first request for an extension of time. The Plaintiff requests this extension due to having numerous briefs with overlapping deadlines in the following weeks and a scheduled vacation.

Subject to the approval of the Court, the amended briefing schedule would be as follows:

1. Plaintiff to file his motion for judgment on the pleadings on or before **October 20, 2026**;

2. Defendant to file its response/cross-motion on or before **January 18, 2027**; and

3. Plaintiff to file his reply (if any) on or before **February 1, 2027.**

Thank you for your consideration of this request.

Respectfully submitted,

s/Lindsay M. Trust

Lindsay M. Trust
OSBORN LAW, P.C.
43 West 43rd Street, Suite 131
New York, New York 10036
Telephone: 212-725-9800
Facsimile: 212-500-5115
ltrust@osbornlawpc.com

cc: Sergei Aden, Esq. (by ECF)